UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA SANTOS,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 1:26-cv-05055-KES-EPG<br><br>ORDER |

Based on the stipulation of the parties, Doc. 13, IT IS ORDERED that the Commissioner's decision regarding Plaintiff's eligibility for disability benefits under Title II of the Social Security Act be reversed and remanded to the Commissioner of Social Security for further administrative proceedings, including a new hearing, and a new decision pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of the Court is directed to enter a final judgment in favor of plaintiff Leticia Santos and against defendant Commissioner of Social Security, reversing the final decision of the Commissioner. The Clerk of the Court is also directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: October 14, 2026

UNITED STATES DISTRICT JUDGE